# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-4565
_____

Tyrone Ellis

*Plaintiff - Appellant*

v.

Patrick Drummond, APN, East Arkansas Regional Unit

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena
_____

Submitted: July 28, 2017
Filed: August 10, 2017
[Unpublished]
_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Tyrone Ellis appeals after the district court[1] adversely granted summary judgment in his *pro se* 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs.

Upon careful review, we conclude that summary judgment was appropriately granted, as the record established beyond genuine dispute that Drummond did not disregard Ellis's medical needs. *See Fourte v. Faulkner Cty., Ark.*, 746 F.3d 384, 387 (8th Cir. 2014) (concluding that a deliberate-indifference claim requires showing that defendants actually knew of, but deliberately disregarded, objectively serious medical need); *Peterson v. Kopp*, 754 F.3d 594, 598 (8th Cir. 2014) (requiring that a grant of summary judgment be reviewed *de novo*, viewing record in light most favorable to non-moving party). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable D. P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.